UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER STENSON, | : | Case No. 1:14-cv-897 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael R. Merz |
| vs. | : | |
| | : | |
| GEORGE CRUTCHFIELD, Warden, | : | |
| Warren Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 22, 2015, submitted a Report and Recommendation. (Doc. 18). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Petition (Doc. 1) is **DISMISSED** with prejudice;

2. The Court certifies that pursuant to 28 U.S.C. Section 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore Petitioner is denied leave to appear *in forma pauperis*; and

3. The Clerk shall enter judgment accordingly whereupon this case is **TERMINATED** in this Court.

**IT IS SO ORDERED**.

Date:  1/15/2016 	_/s/Timothy S. Black_____
	Timothy S. Black
	United States District Judge